# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 14-323-6 |
| | : | |
| **RONELL WHITEHEAD,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 14-323-9 |
| | : | No. 14-513--3 |
| **JAVAUGHN ANDERSON,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 14-323-12 |
| | : | |
| **SATCHEL JOHNSON,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 14-323-18 |
| | : | |
| **ERVEN TOWERS-ROLON,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | No. 14-323-20 |
| | : | |
| **CHARLES STANSBURY,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | **No. 14-497-4** |
| | : | **No. 14-520-4** |
| **TIFFANY BEAUFORD,** | : | |
| Defendant. | : | |

# ORDER

    This 3rd day of December, 2014, upon consideration of Defendants' Motion to Join Pretrial Motions of Co-Defendants, Ronell Whitehead (ECF Document #154), Javaughn Anderson (ECF Document # 24 & 161), Satchel Johnson (ECF Document # 157), Charles Stansbury, (ECF Document # 116), Tiffany Beauford (ECF Document # 21 & 37) and Motion to Adopt Motions by Co-Defendants, Erven Towers-Rolon (ECF Document # 139), it is **ORDERED** that said motions are **DENIED** are moot.  Defendant, Ronell Whitehead, should refer to the Court's scheduling order ( ECF Document # 204) filed on November 10, 2014.  Defendant, Javaughn Anderson, should refer to the Court's scheduling order ( ECF Document # 204 and # 29) filed on November 10, 2014.  Defendant, Satchel Johnson, should refer to the Court's scheduling order ( ECF Document # 204) filed on November 10, 2014.  Defendant, Erven Towers-Rolon, should refer to the Court's scheduling order ( ECF Document # 204) filed on November 10, 2014.  Defendant, Charles Stansbury, should refer to the Court's scheduling order ( ECF Document # 204) filed on November 10, 2014.  Defendant, Tiffany Beauford, should refer to the Court's scheduling order ( ECF Document # 44 and # 57) filed on November 10, 2014.

                                                                                                                            /s/ Gerald Austin McHugh  
                                                                                                                           Gerald Austin McHugh, J.